USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA                                               :
                                                                       :
            -v-                                                        :      18-CR-262 (VEC)
                                                                       :
ARMANDO GOMEZ,                                                         :      ORDER
                                                                       :
                        Defendants.                                    :
                                                                       :
-----------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

WHEREAS a status conference is scheduled for Friday, December 4, 2020, at 2:00 P.M., Dkt. 49;

IT IS HEREBY ORDERED that Defense counsel must inform the Court by no later than **Tuesday, November 24, 2020**, whether Mr. Gomez wishes to waive his appearance and appear solely via counsel at this status conference. If Mr. Gomez does not waive his appearance, he will be expected to appear in person at the conference. The Court also reminds the parties that a joint status update is due no later than Friday, November 20, 2020, Dkt. 49.

**SO ORDERED.**

Dated: **November 18, 2020**
       **New York, New York**                            _____
                                                              **Valerie Caproni**
                                                          **United States District Judge**