

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 20, 2020

<u>Via ECF</u>
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

        Re:    <u>United States</u> v. <u>Armando Gomez</u>, 18 Cr. 262 (VEC)

Dear Judge Caproni:

      We write pursuant to the Court's September 28, 2020 order to update the Court on the status of the above-referenced matter.  (Dkt. 48).  The parties have had a number of communications concerning a potential disposition in this matter and expect to reach an agreement in the near future, though not before the upcoming conference.  While the parties have been working to resolve this matter as soon as possible, defense counsel advises that her communications with the defendant concerning a potential disposition and the defendant's discovery review have been slowed by COVID-19 restrictions.  As a result, though the parties are confident this case will be resolved in the near future, the parties will be prepared to discuss next steps at the upcoming conference.

                                                    Respectfully submitted,

                                                    AUDREY STRAUSS
                                                    Acting United States Attorney

                    By:    <u>/s/ Jason A. Richman</u>
                             Matthew Laroche
                             Jason A. Richman
                             Kyle Wirshba
                             Assistant United States Attorneys
                             (212) 637-2420 / 2589 / 2493

cc:    Margaret M. Shalley, Esq. (by ECF)