# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

November 23, 2020

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

      Re: *US v. Armando Gomez*
        **18 Cr. 262 (VEC)**

Honorable Judge Caproni:

  I am the attorney for the defendant, Armando Gomez, in the above-referenced matter. Counsel has spoken with the defendant and he consents to waive his appearance and appear solely via counsel at the conference scheduled for December 4, 2020.

  The Court's time and attention to this matter are greatly appreciated.

           Respectfully submitted,

           / s /

           Margaret M. Shalley

cc:  All Counsel
   (*via ECF*)