USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
                    -v-                                                 :        18-CR-262 (VEC)
                                                                        :
ARMANDO GOMEZ, FABIO SIMON YOUNES                                       :        ORDER
ARBOLEDA                                                                :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

        WHEREAS a status conference is scheduled for Friday, December 4, 2020, at 2:00 P.M.,

Dkt. 49;

        IT IS HEREBY ORDERED that all parties and any interested members of the public

must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code

0262.  All attendees are advised to mute their phones when not speaking and to self-identify each

time they speak.  Recording or rebroadcasting the proceeding is  strictly prohibited by law.



**SO ORDERED.**

**Dated:** **November 30, 2020**                    _____
        **New York, New York**                            **Valerie Caproni**
                                                    **United States District Judge**