USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X
                                                                           :
UNITED STATES OF AMERICA                                                   :
                                                                           :
               -v-                                                         :    18-CR-262 (VEC)
                                                                           :
ARMANDO GOMEZ, FABIO SIMON YOUNES                                          :    ORDER
ARBOLEDA,                                                                  :
                                                                           :
                              Defendants.                                  :
                                                                           :
-------------------------------------------------------------------------- X

Valerie Caproni, United States District Judge:

    WHEREAS the parties are scheduled to appear for a status conference on **Friday, April 2, 2021 at 2:30 P.M.**; and

    WHEREAS the status conference is scheduled to take place in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007;

    IT IS HEREBY ORDERED that by no later than **Wednesday, March 24, 2021**, the parties must file a joint update on the status of this matter.

    IT IS FURTHER ORDERED that due to the high number of COVID-19 cases in New York City, the Court prefers to hold the conference solely by telephone. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 0262. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

    IT IS FURTHER ORDERED that Defense counsel must each inform the Court by no later than **Friday, March 26, 2021**, whether Defendants Gomez and Younes wish to waive

appearance and appear solely via counsel at this status conference.  If Defendants do not waive appearance, the Court will arrange for Defendants' appearance via video conference or telephone.

**SO ORDERED.**

**Dated: March 15, 2021**
      **New York, New York**

                                        **Valerie Caproni**
                                      **United States District Judge**