USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2021



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

May 7, 2021

Via ECF
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

Re:   United States v. Armando Gomez, 18 Cr. 262 (VEC)

Dear Judge Caproni:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of May 11, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: _____
Matthew Laroche
Assistant United States Attorney
(212) 637-2420

---

Application GRANTED.

The Clerk of Court is respectfully directed to terminate AUSA Matthew Laroche as counsel for the Government.
SO ORDERED.

*[signature]* Date: May 7, 2021
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Defense Counsel (by ECF)