USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
UNITED STATES OF AMERICA                                             :
                                                                     :
            -v-                                                      :     18-CR-262 (VEC)
                                                                     :
ARMANDO GOMEZ, FABIO SIMON YOUNES                                    :     ORDER
ARBOLEDA,                                                            :
                                                                     :
                        Defendants.                                  :
                                                                     :
-------------------------------------------------------------------- X

Valerie Caproni, United States District Judge:

    WHEREAS on August 17, 2021, the parties appeared for a status conference in this matter;

    IT IS HEREBY ORDERED that by no later than **Friday, September 17, 2021**, the Government must inform Defense counsel what it believes are the most pertinent meetings and phone call recordings. The Government must endeavor to provide Defense counsel with transcripts of the identified recordings by the end of October 2021. The transcripts should have the Spanish text on one side and the English translation on the other side. If the Government becomes aware that they will be unable to provide the transcripts to Defense counsel by the end of October, the Government should promptly inform the Court and propose a new timetable.

    IT IS FURTHER ORDERED that pretrial motions in this matter are due no later than **Friday, January 14, 2022**, responses in opposition are due no later than **Friday, February 11, 2022**, and replies in support of the motions are due no later than **Friday, February 25, 2022**. If a hearing is required, the date will be set after briefing is complete. The Court plans to schedule a trial in this matter for the late second or early third quarter of 2022. Once the Court has

confirmed a trial date, the Court will enter a briefing schedule for motions *in limine*, requests to charge, and proposed *voir dire* questions.

IT IS FURTHER ORDERED that the next status conference in this matter is scheduled for **Thursday, December 16, 2021 at 2:30 P.M.** By no later than **Friday, December 3, 2021**, the parties must file a joint status update. The status conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), time is excluded until December 16, 2021 because the ends of justice served by excluding time outweigh the best interest of the public and the Defendants in a speedy trial given the volume of discovery and the logistical difficulties of reviewing discovery and trial preparation caused by COVID-19.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 0262. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:  August 17, 2021**
**         New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.