USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA  :
:
    -v-  :    18-CR-262 (VEC)
:
ARMANDO GOMEZ, FABIO SIMON YOUNES  :    ORDER
ARBOLEDA,  :
:
    Defendants.  :
:
------------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

    WHEREAS on January 14, 2022, Mr. Younes filed pre-trial motions, Dkt. 94;

    WHEREAS on January 15, 2022, Mr. Gomez joined in portions of the motions, Dkt. 96;

    WHEREAS on February 11, 2022, the Government responded in opposition to the motions, Dkt. 104; and

    WHEREAS a status conference in this matter is scheduled for Monday, March 14, 2022 at 11:00 A.M., Dkt. 106.

    IT IS HEREBY ORDERED that the parties must come prepared to discuss the pre-trial motions at the status conference.

**SO ORDERED.**

**Date: March 8, 2022**
**New York, NY**

                  **VALERIE CAPRONI**
                  **United States District Judge**