# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

May 6, 2022

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

Re: *US v. Armando Gomez*
18 Cr. 262 (VEC)

Dear Judge Caproni:

      We represent Armando Gomez in the above-referenced matter.  The purpose of this letter is to respectfully request a two-week adjournment of the due date for motions *in limine*, which are currently scheduled to be due on May 13, 2022.  Counsel does not seek an adjournment of the July 18, 2022, trial date.  As the Court is aware, a request was made yesterday for transcription of Mr. Gomez's plea agreement to Spanish so that he can review it in his native language before making his final decision whether to accept the agreement.  It is likely that counsel will not have the transcription until next week and will then need to schedule an interpreter to visit Valhalla where Mr. Gomez is housed.  An adjournment of two weeks will allow sufficient time for the interpreter to translate the agreement and for counsel to visit the jail to review the agreement with Mr. Gomez and answer any additional questions he has.  We anticipate a pre-trial resolution of the case.  This is the second request for an adjournment of the due date of the motions *in limine*.  The first request was granted.  The Government consents to this request.  Accordingly, it is respectfully requested that the due date for motions *in limine* be adjourned for two weeks, to May 27, 2022, with replies due one week later, on June 3, 2022.  The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley
Michael D. Bradley

cc: All counsel (*via ECF*)

1