USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 18-CR-262 (VEC)
:
ARMANDO GOMEZ, : ORDER
:
Defendant. :
:
-----------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

    WHEREAS on May 13, 2022, the parties appeared for a change-of-plea hearing; and

    WHEREAS Mr. Gomez entered a plea of guilty, which was accepted by the Court;

    IT IS HEREBY ORDERED that Mr. Gomez's sentencing is scheduled for **Wednesday, September 28, 2022 at 2:00 P.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that pre-sentencing submissions are due no later than **Wednesday, September 14, 2022.**

**SO ORDERED.**

**Date: May 13, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**