# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2022

September 13, 2022

**MEMO ENDORSED**

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

Re:   *US v. Armando Gomez*
      **18 Cr. 262 (VEC)**

Dear Judge Caproni:

      We represent Armando Gomez in the above-referenced matter. The purpose of this letter is to respectfully request a 60-day adjournment of the sentencing, which is currently scheduled for September 28, 2022, with pre-trial submissions due on September 14, 2022. Due to the sheer number of sentencings that have been scheduled recently as a result of the backlog of cases from the COVID-19 pandemic, counsel inadvertently calendared the due date for the sentencing submission as October 14, rather than September 14. As a result, counsel has not yet received relevant documents from Mr. Gomez from Columbia, which are to be included in his sentencing submission. An adjournment of 60-days will allow sufficient time for counsel to receive the documents and review the submission with Mr. Gomez prior to filing. This is the first request for an adjournment of the sentencing and the Government consents to this request. Counsel apologizes to the Court for this error. Accordingly, it is respectfully requested that the sentencing be adjourned for 60-days, to the week of November 28, 2022, or a date that is convenient to the Court, with the pre-sentencing submissions due two weeks before the date of sentence. The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley
Michael D. Bradley

cc:  All counsel (*via ECF*)

---

Application GRANTED. The sentencing hearing in this matter is rescheduled for **Monday, December 5, 2022 at 11:00 AM.** The parties' pre-sentencing submissions are due no later than **November 21, 2022.**

SO ORDERED.

*[signature]*   09/13/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

1