USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 18-CR-262 (VEC)
:
ARMANDO GOMEZ, : ORDER
:
Defendant. :
:
-----------------------------------------------------------------X

Valerie Caproni, United States District Judge:

WHEREAS on November 7, 2022, the Court received Defendant's letter, Dkt. 144, an English-translated copy of which is attached as Exhibit A; and

WHEREAS Defense counsel requested that the Court schedule a change of counsel hearing in this matter, Dkt. 145.

IT IS HEREBY ORDERED that a change of counsel hearing is scheduled for **Tuesday, November 15, 2022 at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: November 10, 2022
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**