```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA                                  :
                                                          :
               -v-                                        :          18-CR-262 (VEC)
                                                          :
ARMANDO GOMEZ,                                            :          ORDER
                                                          :
                              Defendant.                  :
                                                          :
-------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

    WHEREAS a change of counsel hearing is currently scheduled for **Tuesday, November 15, 2022, at 11:00 A.M.**; and

    WHEREAS this time is no longer convenient for the Court.

    IT IS HEREBY ORDERED that the change of counsel hearing is rescheduled to **Tuesday, November 15, 2022 at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  November 14, 2022**
       **New York, NY**

_____
            **VALERIE CAPRONI**
            **United States District Judge**