USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
  -v- : 18-CR-262 (VEC)
:
ARMANDO GOMEZ, : ORDER
:
  Defendant. :
:
-----------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

WHEREAS on November 15, 2022, the parties appeared before the Undersigned for a change of counsel hearing;

WHEREAS Defendant withdrew his request for a change of counsel at the hearing; and

WHEREAS Defense counsel requested an extension of the sentencing deadlines.

IT IS HEREBY ORDERED that the sentencing hearing is rescheduled for **Friday, January 20, 2023 at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. The parties' sentencing submissions are due no later than **January 6, 2023**. The Court is unlikely to adjourn the date of sentencing absent extraordinary circumstances.

**SO ORDERED.**

Date: November 15, 2022
      New York, NY

_____
**VALERIE CAPRONI
United States District Judge**