# EXHIBIT A

December 8, 2022

**TO WHOM IT MAY CONCERN**

**REF: Personal Reference for Mr. Armando Gomez España**

My name is ARMANDO GOMEZ CORREA, with identification number ███████ citizen of Colombia. I am the son of Mr. Armando Gomez España.

It is my duty as the eldest son of Mr. Gomez España to vouch for my Father, as an essentially good man. He has been throughout my life an example of important virtues, such as fortitude, self improvement, and resilience. I am witness to his current search for God, and of a way of correct action.

Cordially,

ARMANDO GÓMEZ CORREA
███████ de Bogotá