USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2023

Law Offices of
## Donald J. Yannella
A Professional Corporation

Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**MEMO ENDORSED**

70 Grand Avenue, Suite 100　　　　　　　　　　　　　　299 Broadway, Suite 800
River Edge, NJ 07661　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Preferred mailing address)

March 13, 2023

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　Re:　　United States v. Fabio Younes Arboleda and Armando Gomez
　　　　　　　　18 Cr 262 (VEC)

Hon. Valerie Caproni:

　　　I am counsel for Fabio Simon Younes Arboleda, and Carlos Santiago has been appointed to consult with Mr. Younes. We are due to appear in court on March 20, 2023, to report on issues related to the representation of Mr. Younes.

　　　Mr. Santiago visited Mr. Younes on Friday, March 10, 2023. The defense requests an opportunity to get Mr. Younes reexamined by a psychologist. The psychologist who examined Mr. Younes in 2021 informs me that she is willing to examine Mr. Younes again, but she is out of the country until April 4, 2022. We request an adjournment of approximately thirty days from March 20, 2023.

　　　AUSA Kaylan Lasky informs me that her office has no objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

Application GRANTED. The status conference scheduled for March 20, 2023, is adjourned to **Friday, April 14, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*[signature]*　　　　03/13/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE