TRULINCS 87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

---------------------------------------------------------------------------------



FROM: 87853054
TO:
SUBJECT: Escrito Corte
DATE: 01/28/2025 01:09:18 PM

Senores
United States District Court
Southern District Of N.Y. -Judge Honorable Valerie E. Caproni
300 Quarropas Street - white plains
NYC 10601

Ref: Proceso: Case No. 18-Cr-262-003 (vec)

PLEASE TRANSLATER A ENGLISH

Como parte implicada en el proceso de la referencia, de la manera mas respetuosa, me permito informar, solicitar y adjun tar lo siguiente.

Situacion legal para la solicitud del tiempo servido y asi finiquitar el tiempo de la condena impuesta por su despacho:

1-Fui capturado en Colombia el dia 09 de abril/18 con fines de extradición a los USA.

2-Fui extraditado a los Estados Unidos, el 26 de feb/20, comprometiéndose los USA antes de mi entrega, a no violarme derechos civiles y fundamentales tanto de USA como de Colombia.

3-Fui sentenciado el 20 de enero/23, por su despacho a un apena de prisión de 10 anos

4-La sentencia fue apelada en forma oportuna el 22 de junio/23, y radicada en el Honorable Tribunal de Apelaciones, para el juzgado 2o. de New York.

5-Dicho recurso fue sustentado, mediante escritos del 30 de junio/23, 12 de julio/23, 02 de agosto/23, 27 de agosto/23 presentando los argumentos considerados necesarios para una revision de la sentencia de primera instancia, la cual tuvo conocimiento en forma oportuna el apoderado Devin McLanghlin, nombrado por Honorable Tribunal de apelaciones.

6-Ha transcurrio un termino de un año y medio sin pronunciamiento del recurso interpuesto, considerandose poco usual la mora injustificada.

7-En vista de la mora en la decisión de la segunda instancia, de comun acuerdo con el apoderado Devin, se renunció a dicho recurso, teniendo en cuenta que la solicitud de los dos puntos establecidos en la enmienda 821, se encontraba retenida por su despacho, hasta tanto hubiera pronunciamiento del Juzgado segundo de New York, buscando quedara en firme la sentencia condenatoria.

8-En el mes de enero/25, Tribunal de Apelaciones, se pronuncia sobre el desistimiento presentado del recurso de apelación.

9-En el mes de enero/25, recibí comunicación del abogado Devin, notificándome que su labor profesional ha culminado.

10-Durante el término de mi estadía en prisión, he utilizado mi tiempo en estudios de los cuales adjunto certificación expedida por la dependencia de educación de la carcel. Mi conducta disciplinaria en las carceles de Colombia y USA, fué y ha sido excelente.

11-En la carcel de West Chester y Brooklyn en NY, hice horas de trabajo, de las cuales debo recibir beneficio de tiempo.

PRUEBAS

1-Computation Sheet expedido por el recinto carcelario.
2-Certificaciones sobre estudios realizados en la carcel por el suscrito, en los anos 2023-24 y 25.
3-Computation Data donde se informa que el 8 de dic/24 cumpli las dos terceras partes de la pena.
4-En enero /24, presenté escrito solicitud del beneficio de los dos puntos que tengo derecho como rebaja de pena.
5-Escritos y respuestas cruzadas con el abogado Devin.

TRULINCS 87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A
----------------------------------------------------------------------------------------

6-Autos y providencias del Honorable Tribunal de Apelaciones, sobre la culminación de los trámites de dicho recurso interpuesto, quedando en firme la sentencia condenatoria.

PETICIONES

1-Sírvase proceder al nombramiento de abogado de oficio, para atender la presente solicitud si fuere necesario, respecto a la determiancion del tiempo servido para culminar esta etapa de mi condena y poder ser deportado a mi pais.

2-Sirvase proceder a ordenar la devolucion y envío a la Fiscalia General de la Nación de Colombia, de los 4 computadores decomisados en Bogota Colombia y nunca reintegrados. En Bogota argumentan que fueron enviados a su despacho.
   En caso contrario sirvanse expedirme certificacion que nunca fue recibido de Colombia los computadores, para el reclamo respectivo.

3-Igualmente, ordenar la entrega  del computador que se me compró aca en USA, y que fue utilizado para ayuda de argumentos a la abogada que me defendio en esa etapa procesal. Trabaje eficazmente con lo ordenado por su despacho. El computador quedo en poder del sargento, O'Brian en West Chester N.Y. y de manera arbitraria no quizo entregarlo antes de mi traslado a la carcel de Brooklyn de N.Y., siendo que fue tomado de la oficina del oficial de turno, donde debian conservarlo diariamente despues de yo trabajar para la preparación de argumentos que debía suministrarle a la abogada que atendio mi caso en aquel entonces y sirviera para mi defensa.

4-Solicito respetuosamente, se me tengan en cuenta todos y cada uno de los beneficios y derechos en mi calidad de extranjero, por haber sido solicitado en extradicion por los USA, pues he completado el 8 de dic/24 las dos terceras partes   de la pena impuesta y soy mayor de 60 anos.(tengo actualmente 77 años de edad)

ARMANDO GOMEZ E.
I.D. No. 87853054
PO.BOX 150160 GA 30315  USA  Atlanta Georgia

IMPLICATED AS PART OF THE REFERENCE PROCESS

Legal situation in regards to solicitate "Time Served" and that way to eliminate the imposed sentence:

1) I was captured in Colombia on April 9th, 2018 with extradition to the USA.

2) I was extradited to the USA on February 26, 2020 with the USA agreeing not to compromise my civil rights and fundamental rights of both the USA and Colombia.

3) I was then sentenced in January 20, 2023 to a time of 10 years.

4) The sentence was seen appealed on June 22, 2023 to the appeals court of New York.

5) It was sustained (denied) in writing on June 30, 2023. In the following months (July 12, and August 2 and 27) presenting valid arguments for a revision of the sentence, in which Honorable Judge Devin McLanghlin was given ample time.

6) One and a half years transpired with no answer.

7) The decision of the second instance, Mr. Devin recused himself from the case.

8) On January 2025, the court of appeals dismissed the appeal process.

9) That same month I received communication with my attorney (Mr. Devin) saying his services were now concluded.

10) During my term of imprisonment, I have taken classes and resources and earned numerous certificates. Aslo my conduct both in the Colombia and USA prison system has been excellent.

11) In West Chester and Brooklyn prisons I did hours of work that I should have been given benefits (proof of the work etc)

12) Judge Devins was fully aware of my request for a 2 point reduction under Amendment 821. My request was being withheld by the court. The prosecutor in NY is maintaining that my sentence imposed remains the same.

PROOF:

1) Computation Sheet

2) Certificates from 2023-24 and 2025.

3) Computation data on December 8, 2024 in which I completed two thirds of my sentence.

4) On January 2024, I presented a request for the two point reduction.

5) Letters and responses with my attorney Mr. Devin.

6) The appeals court, after reviewing the case, ruled that the sentence remains unchanged.

PETITIONS:

1) Talk to the necessary officials to determine my time served to culminate the state of my sentence so I can be then deported to my country.

2) I would like to order the return of the 4 computers that have been decomissioned

back to Colombia, never to be reinstated. Colombia argues they were sent, but the case is contrary because they were never received by Colombia. Also I would like a certificate showing they were sent if indeed they were

3) As well, I would ask for the return of the computer purchased here in the US by me, which was being used while I was on pretrial to communicate with my attorney. The computer was confiscated by Sgt. O'Brian in West Chester, NY. He did not want to surrender it and it was not send when I was transferred. I feel it was taken by O'Brian. The computer contains legal material necessary for my defense.

4) I request you look into the benefits and rights of being a foreign citizen extradited to the US. As of 12/8/2024, I have completed 2/3 of my sentence. I am 77 years old.

# Langrock
## SPERRY & WOOL

December 9, 2024

**LEGAL MAIL OPEN IN PRESENCE OF INMATE**

Armando Gomez
Register #87853-054
USP Atlanta        *FCI - Federal correctional institution*
PO Box 150160
Atlanta, GA 30315


Re:    Appeal

Dear Armando:

Enclosed is the Court's Order granting our motion to withdraw the appeal. This concludes my representation of you.

Yours truly,

Devin McLaughlin
dmclaughlin@langrock.com
DM:laf
Enclosure
2230499.1

REPLY TO: Middlebury Office • WEBSITE: www.langrock.com • EMAIL: attorneys@langrock.com
MIDDLEBURY: 111 S. Pleasant Street, Middlebury, VT  05753 • (802) 388-6356 • Fax: (802) 388-6149
BURLINGTON: 210 College Street, Suite 400, Burlington, VT  05401 • (802) 864-0217 • Fax: (802) 864-0137
A Limited Liability Partnership Including a Professional Corporation

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of December, two thousand twenty-four.

---

United States of America,

            Appellee,

   v.

Armando Gomez, AKA EL DOCTOR,

            Defendant - Appellant.

**ORDER**

Docket No. 23-6128

---

Appellant moves for voluntary dismissal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. It is further ordered that the Government's motion to dismiss (docket entry 50) and Appellant's motion to expedite the appeal (docket entry 53) are DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

TRULINCS 87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

----------------------------------------------------------------------------------------------------

FROM: 87853054
TO:
SUBJECT: Casa por carcel
DATE: 12/06/2024 07:51:46 AM

Fecha:1204-24    PLEASE TRANSLATER A ENGLISH, no hablo, no escribo y no leo el english,

Nombre del preso:                     Registro: I.D. No.

Tiempo servido.                       De:

Case Manager:                         Unidad:

PLEASE TRANSLEITER A ENGLES. No hablo, no escribo, ni leo el idioma ingles.

Cordial saludo.

El 21 de nov/18, se emitio la Ley  3649 -Fert Stap - Primer Paso- , ordenando al Buroc de Prisiones Federales, que proceda inicialmente este estatuto a:

Mediante la U.S.C.S. 34 y siguientes 60541 (G) (1) del Estado, y otras disposiciones complementarias, se ordeno:

a) Proceder a remover a los presos de la tercera edad ( mayores de 60 años ) que sean elegibles, a una casa de detencion o su residencia habitual, hasta que se venza el plazo de su condena impuesta por la Corte correspondiente, mediante sentencia debidamente ejecutoriada.

b) El Abogado General de los USA, debera dejar en libertad condicional a los presos elegibles de la tercera edad, facilitando una detencion legal en casas utilizadas en los USA, o en el lugar de residencia del preso, ordenada por la Fert Stap, Ley del Pimer Paso.

c) El abogado General ya mencionado, debera proceder a la aplicacion de los requerimientos de la Seccion 3624 del Codigo ( 18 USCS y siguientes ) haciendose necesario proveer el derecho legal y constitucional que le asiste a los ofensores, removiendolos y quedando en libertad provisional en los lugares antes mensionados.

Como ya lo indica la U.S.C.S. 34 y siguientes 60541, bajo la sub-seccion  (G) (5)(A), yo califico para este programa y tambien cumplo con los requsitos legales asi:

1-Soy mayor de la tercera edad con 77 años de edad
2-No tengo crimenes violentos ni antecedentes en los USA
3-En los sitios de reclusion no he tenido ningun senalamiento de  mala conducta.
4-Ya tengo cuplido la tercera parte de mi condena. ( 66% )

De acuerdo a lo anterior sirvase proceder a la aceptacion de esta solicutd, planteada bajo el Estatuto, considerando mi calificacion para el beneficio de la retencion en casa.

Quedo atento a su respuesta por escrito  en la mayor brevedad posible, notificandome sus respectiva decision con los argumentos del caso, asi quedar dentro de los terminos legales de una posible apelacion si fuere necesario.

Quiero poner de presente que en mi calidad de extraditato de Colombia, se me garantice mis derechos constitucionales a los cuales se comprometio expresamente los USA, antes de mi entrega por el gobierno Colombianao, y asi se pueda tramitar este derecho con el cumplimiento del debido proceso.

Atentamente,

ARMANDO GOMEZ ESPAÑA
I.D. 87853054- Pad nomber 421703698
Direccion: Atlanta Georgia ......

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

---------------------------------------------------------------------------------------------------

FROM: Mclaughlin, Devin
TO: 87853054
SUBJECT: Appeal
DATE: 12/06/2024 03:21:01 PM

Querido Armando,
El tribunal concedió nuestra moción para retirar su apelación.  Así que ahora su apelación está hecha.  Ahora debe presentar
su moción en el tribunal de distrito solicitando una nueva sentencia basada en la Enmienda 821 a las Pautas de Sentencia. Por
favor, dígame qué sucede.

Mejor
Devin

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of December, two thousand twenty-four.

---

United States of America,

    Appellee,

 v.

Armando Gomez, AKA EL DOCTOR,

    Defendant - Appellant.

**ORDER**

Docket No. 23-6128

---

Appellant moves for voluntary dismissal of this appeal.

IT IS HEREBY ORDERED that the motion is GRANTED. It is further ordered that the Government's motion to dismiss (docket entry 50) and Appellant's motion to expedite the appeal (docket entry 53) are DENIED as moot.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

UNITED STATES OF AMERICA,
                    Appellee,

        v.

ARMANDO GOMEZ,
                    Appellant.

Docket No. 23-6128

CERTIFICATE OF SERVICE

This is to certify that on December 5, 2024, I, Devin McLaughlin, Esq., electronically filed with the Clerk of the Court *Defendant-Appellant Armando Gomez's Motion for Voluntary Dismissal of Appeal* by using the CM/ECF system. The CM/ECF system will provide service of such filing(s) via Notice of Electronic Filing (NEF) to the following attorney(s) of record. I have also served said documents upon Defendant-Appellant Armando Gomez, by first-class mail, postage prepaid at the following address of record:

Jason Richman, AUSA
US Attorney's Office – SDNY
One St. Andrews Plaza
New York, NY 10007
JRichman@usa.doj.gov

Armando Gomez
Register #87853-054
FCI Atlanta
PO Box 150160
Atlanta, GA 303154

DATED at Middlebury, Vermont this 5th day of December, 2024.

LANGROCK SPERRY & WOOL, LLP

Devin McLaughlin
111 S. Pleasant Street
Middlebury, VT 05753
dmclaughlin@langrock.com
Phone: (802) 388-6356

2229231.1

1

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ARMANDO GOMEZ,<br>Appellant. | Docket No. 23-6128 |

AFFIRMATION IN SUPPORT OF DEFENDANT-APPELLANT ARMANDO GOMEZ'S
MOTION TO VOLUNTARILY DISMISS APPEAL

1.        I was appointed by this Court to represent Defendant/Appellant Armando Gomez on his appeal pursuant to the CJA.

2.        Armando Gomez may be eligible for the benefit of retroactive application of Amendment 821 to the United States Sentencing Guidelines. Mr. Gomez has zero criminal history points, and may qualify for the two level reduction under § 4C1.1. This reduction would reduce Mr. Gomez's Guidelines Range to 108-135 months, the low end of which is below his 120-month sentence of imprisonment.

3.        Mr. Gomez does not want to continue to pursue an appeal. He would rather try to pursue relief in the District Court. Undersigned counsel supports this decision.

4.        Attached is Mr. Gomez's signed Notice of Withdrawal of Appeal.

5.        Under F.R.A.P. 42(b), an appeal may be dismissed on appellant's motion on terms agreed to by the parties or fixed by the Court.

Wherefore, undersigned counsel on behalf of Mr. Gomez asks that the Court grant this Motion for Voluntary Dismissal of Appeal pursuant to F.R.A.P. 42(b).

1

The undersigned hereby affirms that the allegations of fact set forth above are true and correct to the best of my knowledge and are made under penalty of perjury.

DATED at Middlebury, Vermont this 5th day of December, 2024.

Devin McLaughlin

2229066.1

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 23-6128 _____    Caption [use short title]

Motion for: Voluntary Dismissal of Appeal

_____

_____    USA

Set forth below precise, complete statement of relief sought:    v.

Appellant/Defendant Armando Gomez asks the Court    Armando Gomez

to dismiss his appeal

_____

_____

_____

_____

MOVING PARTY: Armando Gomez    OPPOSING PARTY: USA

[ ] Plaintiff    [X] Defendant

[X] Appellant/Petitioner    [ ] Appellee/Respondent

MOVING ATTORNEY: Devin McLaughlin    OPPOSING ATTORNEY: Jason Richman, AUSA

[name of attorney, with firm, address, phone number and e-mail]

Langrock Sperry & Wool, LLP    US Attorney's Office - SDNY

111 S. Pleasant Str., Middlebury, VT 05753    One St. Andrew's Plaza, New York, NY 10007

(802) 388-6356; dmclaughlin@langrock.com    (212) 637-2200; JRichman@usa.doj.gov

Court- Judge/ Agency appealed from: Honorable Valerie Caproni

Please check appropriate boxes:    FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
                                    INJUCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):    Has this request for relief been made below?    [ ] Yes [ ] No
[X] Yes [ ] No (explain):_____    Has this relief been previously sought in this court?    [ ] Yes [ ] No

_____    Requested return date and explanation of emergency: _____

                                            _____

Opposing counsel's position on motion: Does not take a position.    _____

[ ] Unopposed [ ] Opposed [ ] Don't Know    _____

Does opposing counsel intend to file a response:

[ ] Yes [✓] No [ ] Don't Know

Is the oral argument on motion requested?    [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?    [ ] Yes [X] No If yes, enter date:_____

Signature of Moving Attorney:

_____ Date: 12/5/2024    Service : [X] Electronic [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

--------------------------------------------------------------------------------

FROM: Mclaughlin, Devin
TO: 87853054
SUBJECT: 2-point reduction
DATE: 12/01/2023 11:17:20 AM

Como me preguntaste, investigué el proceso para la reducción de dos puntos  basándome en que no tuvieras puntos en antecedentes penales. Esto sucederá a nivel del tribunal de distrito y no sucederá hasta que termine su apelación directa.  El tiempo no es una preocupación, ya que recibió una sentencia de 120 meses, lo que significa que habrá mucho tiempo para que ese proceso se lleve a cabo después de que concluya su apelación.  El Distrito Sur emitió una orden permanente el 31/10/23, nombrando al Defensor Federal de Nueva York para representar a todas las personas en su situación, por lo que serán ellos quienes presenten la moción de reducción.  Una vez más, eso no va a suceder hasta que termine la apelación, que será en algún momento de los próximos 6 meses.  Hazme saber si tienes alguna pregunta.

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

UNITED STATES OF AMERICA,
Appellee,

v.

ARMANDO GOMEZ,
Appellant.

Docket No. 23-6128

## DEFENDANT-APPELLANT ARMANDO GOMEZ'S NOTICE OF WITHDRAWAL OF APPEAL

I, Armando Gomez, having discussed with counsel the likelihood that my appeal will be unsuccessful, the delay so far in my appeal, and wanting to return to the District Court to consider retroactive application of Guidelines' Amendment 821, hereby consent to withdrawal of my appeal in the above docket number, and ask the Court to allow me to withdraw my appeal.

DATED at *FCI Atlanta*, Georgia, this 27 day of November, 2024.

TANEKA MILLER
Notary Public - State of Georgia
Clayton County
My Commission Expires May 17, 2· ‹

2030206.1

_____
Armando Gomez

1

TRIBUNAL DE APELACIONES DE LOS ESTADOS UNIDOSPARA EL
SEGUNDO CIRCUITO

UNITED STATES OF AMERICA,
                    Apelado ,

v.

ARMANDO GOMEZ,
                    Apelante .

Expediente No. 23-6128

## AVISO DE DESISTIMIENTO DEL RECURSO DE APELACIÓN
## DEL DEMANDADO-APELANTE ARMANDO GOMEZ

Yo, Armando Gómez, habiendo discutido con el abogado la probabilidad de que mi

apelación no tenga éxito, la demora hasta ahora en mi apelación, y queriendo regresar al

Tribunal de Distrito para considerar la aplicación retroactiva de la Enmienda 821 de las

Directrices, por la presente doy mi consentimiento para el retiro de mi apelación en el número

de expediente anterior, y solicito al Tribunal que me permita retirar mi apelación.

_FCI Atlanta_ FECHADO en , Georgia, este día 27th de November,

2024.

                                                    _Armando Gómez_

2030206.1

TANEKA MILLER
Notary Public - State of  orgia
Clayton County
My Commission Expires May 17. 2027

1



# Langrock
## SPERRY & WOOL

November 20, 2024

**LEGAL MAIL, ONLY OPEN IN PRESENCE OF INMATE**

Armando Gomez
Register #87853-054
FCI Atlanta
PO Box 150160
Atlanta, GA 30315

Re:    Appeal to Second Circuit Court of Appeals

Dear Armando:

Enclosed please find the consent for you to withdraw your appeal. Please sign, date and return to me. I will then file it with the Court.

Yours truly,

Devin McLaughlin
dmclaughlin@langrock.com
DM:laf
Enclosures
2224264.1

REPLY TO: Middlebury Office • WEBSITE: www.langrock.com • EMAIL: attorneys@langrock.com

MIDDLEBURY: 111 S. Pleasant Street, Middlebury, VT 05753 • (802) 388-6356 • Fax: (802) 388-6149
BURLINGTON: 210 College Street, Suite 400, Burlington, VT 05401 • (802) 864-0217 • Fax: (802) 864-0137

A Limited Liability Partnership Including a Professional Corporation



20 de noviembre de 2024

**CORREO LEGAL, SOLO ABIERTO EN PRESENCIA DEL RECLUSO**

Armando Gómez
Registro #87853-054
FCI Atlanta
Apartado de correos 150160
Atlanta, GA 30315

Re:    Appeal to Second Circuit Court of Appeals

Querido Armando:

Adjunto encontrará el consentimiento para que retire su recurso. Por favor, firme, feche y devuélvame. Luego lo presentaré ante el Tribunal.

Atentamente

Devin McLaughlin
dmclaughlin@langrock.com
DM:laf
Recintos
2224264.1

RESPONDER A: Oficina • Middlebury SITIO WEB: www.langrock.com • CORREO ELECTRÓNICO: attorneys@langrock.com

MIDDLEBURY: 111 S. Pleasant Street, Middlebury, VT 05753 • (802) 388-6356 • Fax: (802) 388-6149
BURLINGTON: 210 College Street, Suite 400, Burlington, VT 05401 • (802) 864-0217 • Fax: (802) 864-0137

Una sociedad de responsabilidad limitada que incluye una corporación profesional

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

--------------------------------------------------------------------------------

FROM: Mclaughlin, Devin
TO: 87853054
SUBJECT: Appeal waiver
DATE: 11/20/2024 11:06:01 AM

Hola Armando,
Perdón por el retraso. Respondiendo a tu pregunta del 23/10/24. Sí, la Enmienda 821 a las Pautas de Sentencia se aplica a usted. Debido a que no tiene puntos de antecedentes penales y cumple con los criterios, tiene derecho a una reducción de dos niveles en su nivel de delito.  Esto significa que estarías en el nivel de ataque 31 en lugar de 33. Esto da como resultado la reducción de su rango de pautas de lo que era (135-168 meses) a 108-135 meses.  Debido a que el extremo inferior del rango, 108 meses, está por debajo de la sentencia de 120 meses que recibió, es elegible para el alivio.  Por favor, comprenda que el juez NO está obligado a darle los 108 meses.  El juez podría decidir quedarse con los 120 meses. Pero se le permite preguntar.
No puedo explicar por qué el tribunal de apelaciones está tardando tanto con su caso. No han respondido a mi carta pidiéndoles que avancen con su caso. Apoyo su renuncia a su apelación, dada mi opinión de que no tiene ninguna posibilidad de ganar la apelación. Para renunciar a su apelación, necesito enviarle por correo un formulario de renuncia, que debe firmar y devolverme, y luego lo presentaré. Lo enviaré hoy. Por favor, envíeme un correo electrónico cuando lo reciba y envíelo por correo.  Gracias.

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

-----------------------------------------------------------------------------------------------

FROM: 87853054
TO: Mclaughlin, Devin
SUBJECT: RE: RE: Abogado USA
DATE: 11/07/2023 06:29:44 PM

Sera entonces posible, que yo presente la solicitud de la disminucion de pena, via Pro se?.
Cuantos anos podria ser la rebaja, teniendo como base mi condena de 10 anos?
Quedo peniente de sus comentarios futuros, para solicitar este beneficio.
Reciba un codial saludo.
Argoz
-----Mclaughlin, Devin on 11/7/2023 6:06 PM wrote:

>

Armando,
Los tribunales inferiores y la oficina del defensor federal están elaborando un proceso para abordar la reducción de dos puntos.
Lo más probable es que no sea una presentación ante el tribunal de apelaciones. Más bien, será una presentación ante el
tribunal inferior. Tengo varios clientes en la misma situación, así que tendré que averiguar la respuesta y hacértelo saber. No
estoy admitido para ejercer en los tribunales inferiores, solo en el tribunal de apelaciones, por lo que, en última instancia, será
otra persona quien presente la solicitud por usted. Te prometo que no hay prisa.  El beneficio no desaparece, incluso si
presenta la solicitud el próximo año. Os mantendré informados.

ARMANDO GOMEZ on 11/3/2023 9:09:28 PM wrote
Dr. necesito solitar el beneficio de los dos puntos de rebaja de mi pena, que empieza a regir a partir de febrero/24, pero que
debe solicitarse ahora en nobiembre/23. Como no tengo abogado en la Corte de la Dra. Caprino, sino en el Tribunal de
apelaciones, actuando usted como apoderado de la apelacion, quiero autorizarlo para que me haga ese tramite en su calidad
de abogado de oficio nombrado por el Tribunal. Dejeme saber sus comentarios.
Gracias de antemano.
Argoz

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

----------------------------------------------------------------------------------------------------

FROM: Mclaughlin, Devin
TO: 87853054
SUBJECT: RE: Abogado Devin
DATE: 10/16/2024 04:51:01 PM

Hola Armando,
Como usted sabe, le pedimos al tribunal que agilice la consideración de su apelación.  Pero no ha hecho nada.  Así que sigues atascado.  Como usted sabe, no creo que tenga ninguna posibilidad de ganar su recurso.  Por lo tanto, si desea poder presentar una moción en el tribunal inferior (el distrito sur de Nueva York) y desea hacerlo pronto, puede presentar documentos en el tribunal de apelaciones pidiéndoles que desestimen su apelación.  Puedo enviarle la documentación para que la firme si así lo desea.  Hágamelo saber.  Tenga en cuenta que si presenta un retiro de su apelación, esta será definitiva.
No podría ayudarlo con ninguna de las presentaciones del distrito sur porque no estoy admitido en ese tribunal. Con suerte, podría volver a designar a su abogado anterior para que lo ayude.

Mejor

ARMANDO GOMEZ on 10/7/2024 3:20:47 PM wrote
Abogado, que me comenta sobre la apelacion?
Como persiste la demora, quiero renunciar a ella. LO puedo hacer?. Deme su opnion.
Saludos   Argoz

Mr. devin how are doing i hope you doing well i im wondering how the appeal process is going so far i been thinking in refusining because its been a while sence we submitted  the appeal wat
 do you think should i do it ? what are your recomendations ? Argoz.

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 08-26-24 |
|---|---|
| *Miss Torres* | |
| FROM: *Amanda Garcia* | REGISTER NO.: *89555-054* |
| WORK ASSIGNMENT: | UNIT: *21-131* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

*"Please complete any"*

*Por favor Necesito continuar de mi programa que he*
*hecho Meses con mi perla tobal Guatemala.*
*La estoy por mi... y quiero que...*

*Gracias, hasta...*

(Do not write below this line)

DISPOSITION:

*Es una transcripción de créditos vea adjunto Cup*

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                        Prescribed by P5511

                    This form replaces BP-148.070 dated Oct 86
                    and BP-S148.070 APR 94

```
 ATLGH         *        INMATE EDUCATION DATA      *     09-10-2024
PAGE 001 OF 001 *            TRANSCRIPT            *     16:14:16

REGISTER NO: 87853-054     NAME..: GOMEZ                FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: ATL-ATLANTA FCI

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION               START DATE/TIME STOP DATE/TIME
ATL  ESL EXEMPT ESL NEED-PERMANENTLY EXEMPT 10-16-2023 1242 CURRENT
ATL  GED XN     EXEMPT GED NON-PROMOTABLE    10-16-2023 1241 CURRENT

-------------------------- EDUCATION COURSES --------------------------
SUB-FACL  DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
ATL       ESL BASIC 730-9AM ROOM F SCOTT 07-08-2024 CURRENT
ATL       S-SERVSAVE FOOD HAND CERT    08-20-2024 08-22-2024  P  C  P   12
BRO M     YOUR MONEY VALUE INFLUENCES  07-25-2023 07-25-2023  P  C  P    2

-------------------------- HIGH TEST SCORES --------------------------
TEST       SUBTEST       SCORE     TEST DATE     TEST FACL   FORM    STATE
CASAS      LIST PLACE    192.0     11-21-2023    ATL         2
           READ PLACE    192.0     11-21-2023    ATL         2



G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

---------------------------------------------------------------------------------------------------

FROM: 87853054
TO: Mclaughlin, Devin
SUBJECT: Apelacion
DATE: 07/30/2024 02:04:48 PM


PLEASE TO TRANSLATE ENGLISH

Abogado Devin:

Porfavor, cuenteme como esta el asunto de la apelacion. Esa demora es inusual?. Existen medios legales para agilizarla.

Si me dan en este momento los dos puntos, tendria tiempo servido, segun su ultima comunicacion.
A que tiempo de rebaja tengo derecho con la ley first stap. ?

Observo que si persiste la demora en el Tribunal de apelaciones, se me ocasionaria un perjuicio, pagando carcel sin que me corresponde de acuerdo a las cuentas que le suministre en dias pasados.

He intentado que me haga una videollamada y no ha sido posible. Escribame por lo pronto en espanol.

Dejeme conocer el correo electronico del Tribunal de apelaciones y el nombre y direccion del honorable magistrado que tiene mi caso.

Reciba un cordial saludo.

Saludos,  Argoz

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

----------------------------------------------------------------------------------------------------

FROM: 87853054
TO:
SUBJECT: Tribunal apelac Resumen ONU
DATE: 07/08/2024 07:58:08 PM

24-06-23- El informe del Distrito general, del Consejo de Derechos Humanos de la ONU, que tiene fecha del 20 de marzo/24, nombró un experto internacional en este tema, por petición de la alta Corte de Justicia Especial para la Paz, JEP, mediante el derecho interno para la Paz por Colombia, soportado en el amparo de la Constitución Política de Colombia, donde se manifesto y resolvio:

1-Las pésonas vinculadas al Indictment que tiene fecha del 4 de abril de del año 2018, entre ellas el suscrito y ahora solicitante de este petición, fué vinculado al grupo subversivo FARC ( SIN SERLO ), teniendose en cuenta este vinculo para fulminar la pena de prisión que se me impuso.

2-Que la FARC se incorporo a la vida social, mediante partido politico en Colombia, durante el perido presidencial del gobierno del ex-presidente Juan Manuel Santos Calderon, dentro del trámite de amnistia e indulto otorgado a dicha organización.

3-El numeral No. 44 del informe de la ONU, pone de presente una sitaución al margen de trámites oportunos y legales, cuando los cargos reportados en el indictment de los Estados Unidos de America USA, y su respectiva captura en Colombia, por la solicitud de extradicion de fecha ya indicada.

4-Que existe un acuerdo de culpabilidad de 135 a 168 meses , determinando el nivel 33  de delito establecido en el Guillin

5-La Ley Obama indica que los 5Kilos  de cocaina, materia de la condena, se deben repartir entre las cuatro personas vinculadas al indictment.

6-La Fiscalia General de la Nacion de Colombia FGN, abrió investigación contra funcionarios de la JEP, y estos fueron absueltos en el año 2022. Cabe recordar que la Corte Constitucional de Colombia CC, determinó que la FGN, no era competente para dicha investigacion, pues la corporación competente para ello era el Congreso de la República de Colombia, por la incorporacion de la FARC al proceso de Amnistia e Indulto, ordenado por el Gobierno Colombiano.

7=-Se dió un termino, casi imposible para que se pudieran realizar trámites legales para la solicitud de extradicion por los USA.
30

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

--------------------------------------------------------------------------------------------------------------------

FROM: Olivares, Jose Luis
TO: 87853054
SUBJECT: RE: Saludo
DATE: 05/19/2024 02:36:02 PM

Muy buen dia, Señor Gómez. Cómo se encuentra usted? Como ha estado? Como se ha sentido?

Una disculpa por tardarme en mandar el reporte de la ONU. Esta semana le voy a mandar el reporte de la ONU sobre el caso.

El reporte de la ONU critica mucho a la Fiscalia y al gobierno de Estados Unidos, diciendo que ambos intentaron de ilegitimizar las funciones de la Jurisdiccion Especial para la Paz, durante todo el proceso. Pero algo clave, es que la investigadora de la ONU acusa a Marco de ser un "agente provocador."

Se lo mandare esta semana, espero que para el proximo fin de semana, ya lo tenga usted para leer. Una pregunta: su abogado conoce sobre el reporte de la ONU? Tambien lo publicaron en ingles, quizas podria ser una buena herramienta para su apelacion?

Le quiero avisar tambien que este caso es sumamente importante, y estoy intentando de publicar la investigación, con su entrevista, en un medio importante con mayor difusión. Aqui le mantengo al tanto de como va ese proceso, y le voy a compartir cualquier noticia.

Espero que este muy bien, y le mando muchos saludos.

José

ARMANDO GOMEZ on 5/19/2024 8:07:51 AM wrote
Buenos dias. Queria saludarlo y conocer que novedad hay sobre nuestro asunto.

Buen dia festivo.   Argoz

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

-----------------------------------------------------------------------------------------

FROM: 87853054
TO: Gomez, Bertha; Gomezc, Armando; Mclaughlin, Devin
SUBJECT: Tribunal de apelaciones
DATE: 02/13/2024 11:31:34 AM

*Translate*

PLEASE TRANSLEITER A ENGLISH ....
*Translate ...*

Le informo lo que pude detectar en los documentos que se tramitan en la Corte del distrito.

Fui condenado en enero 20/23, por el cargo de conspiracion  para importar "al menos" 5 kls de cocaina.

El laboratorio de la Dea determinó que la cantidad de droga fue de 4.950 gramos de cocaina. ( 4.kls 450gramos aproximadaente.) existe certificacion en el expediente sobre este asunto.

En el manual ultimo del Guideline del 1 de nov./10, en su tabla de cuantificación de la droga encautada, en el rubro 5, pagina 6, determina que por lo menos ( at lease ) de 3.5 kg ( 3.500 gramos ), pero menos de ( put less tham 5 Kls de cocaina, le corresponde el nivel 30  ( level 30 ). A la fecha estoy en un nivel de 33.

De acuerdo a lo anterior se debe proceder a exigir el derecho que me asiste para que se modifique el nivel, y una vez corregido, se determine que implicacion favorable tengo por este error.

Igualmente solicitar y coayubar el escrito que yo presente la semana pasada, sobre la rebaja de los dos puntos establecidos y ordenados en la enmienda 821 .

Adicionalmente, notificarle al despacho el hecho de ser paciente de Cáncer en estomago ( detectado en Colombia , pues mi captura se llevo a cabo en la clinica donde se me estaba preparando para una intervencion quirurgica de un tumor canceroso detectado en el estomago). Igualmente cancer en la prostata detectado en USA en la Carcel de Westchester de N.Y. donde se me trasado a un hospital privado, donde se me hizo tratamiento diario de irradiaciones durante dos meses para restablecer mi salud y asi logar mi recuperación.

Digame si estoy equivocado con lo que pienzo asi, respecto a mi tiempo en prisión:

Condena 10 años, descuento automatico del 15%    8.5
Un año que ya me fue descontado, después de unos tramites que realice en la carcel durante 20 dias, cambiándome el estatus por elegible, pues aparecia anteriormente como ilegible. Seria 7.5
LLevo casi 6 años.                                           Seria 1.5
Si me dan rebaja de 2 anos con la enmienda 821, deberían darme tiempo servido. Porfavor confirmeme esto.

Porfa, si es posible una video llamada, le quedo altamente agradecido,

Gracias, Argoz

TRULINCS 87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

--------------------------------------------------------------------------------

FROM: Mclaughlin, Devin
TO: 87853054
SUBJECT: RE: Devin Mclau11
DATE: 02/06/2024 04:51:01 PM

Hola Armando,
El tribunal no ha emitido una decisión en su caso. Lo que le envié fue el escrito del gobierno a la corte pidiéndole que desestimara su apelación.  Pero el tribunal aún no ha decidido su caso.
Si tiene argumentos adicionales que desea que el tribunal escuche, o quiere responder a lo que argumentó el gobierno, envíemelos y veré si el tribunal está de acuerdo en que pueden ser presentados y considerados.  No hay garantía de que el tribunal permita que se presenten, pero cuanto antes me los entregue, mejor.
Además, por favor, explíqueme el error de las directrices.


Mejor
Devin


ARMANDO GOMEZ on 1/31/2024 8:37:54 PM wrote
Nany, archivar en el computador alla en Colombia.

Abogado, reciba un cordial saludo y que  haya pasado una Feliz Navidad, deseandole un prospero ano 2024.
Recibi el 8 de enero/24, su copia de la decision del Honorable Tribunal sobre la apelacion interpuesta, deseo conocer cuales son los pasos a seguir.

Que recurso, aclaración o reconsideración es posible presentar.

Si es posible una video llamada, para hacer comentarios sobre el particular, se lo agradesco de antemano.

Revisando documentos, a raiz de la apelación, este año encontre un error sobre el nivel de la pena que se me impuso. Me gustaria comentarle al respecto. Se me sentenció sobre un nivel 33 y debió ser 30.

Saludos

Argoz

TRULINCS  42049048 - GAITAN-AYALA, NELSON - Unit: ATL-A-A

--------------------------------------------------------------------------------

FROM: 42049048
TO:
SUBJECT: Borrador
DATE: 02/05/2024 10:26:19 AM

Fui condenado en enero del ano de 2023, por el cargo de conspiracion  para importar  'al menos " 5 kilos de cocaina.
Los laboratorios de la DEA, determninaron que la cantidad de droga fue de 4950 aproximandamente .
El manual del Guideline  de 1 de nov/10, en su tabla de cuantificacion  de la droga encautada, en el rubro 5, pagina 6
determina que por lo menos,  ( at lease )  de 3.5 Kg, pero menos de  ( but less tham)  5 Kg, le corresponden el nivel de
30 ( level 30)., pero por algun error me pusieron y me sentenciaron en un nivel equivocado. ( nivel 33 ).
de acuerdo a lo anterior sirvase proceder a la asignacion del derecho que me asiste para la rebaja  de los 2 puntos
establecida  y ordenada por en la enmienda 821.
Adicionalmente, solicito se tenga en cuenta para la decision en derecho, el ser paciente de cancer en el estomago, (detectado
en Colombia, pues mi captura se llevo a cabo en la clinica donde me estaban preparando para la intervencion quirurgica y la
extraccion del tumor canceroso detectado en el estomago); y cancer en la prostata detectado en USA en la carcel de
Westchester, NY., donde se me hizo tratamiento diario de iradiaciones durante 2 meses, para restablecer mi recuperacion, en
hospital privado ordenado por la carcel; la cual hasta ahora sigo con efecto secundarios de las celulas cancerigenas.
Pido se me considere mi edad la cual es de 76 anos actualmente. Por estas razones le imploro a la Corte me de la oportunidad
de acompanar a mi familia en estos ultimos anos de mi vida.

IN THE UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

ARMANDO GOMEZ

    Petitioner

v.                             Case No. 18-cr-262-003(vec)

United States Of America

    Respondent

*Zelle: Aracely Cruz*
*305-469-6954*

*Cashapp: $PudGuez11*
*786-775-0023*
*Mary Rodriguez*

DEFENDANT'S MOTION PURSUANT TO 18 U.S.C.§3582(c)(2) BASED ON THE

NEW SENTENCING GUIDELINE DOWNWARD ADJUSTMENT FOR CERTAIN

ZERO-POINT OFFENDERS

(AMENDMENT 821 U.S.S.C.)

1

NOW COMES PETITIONER, ARMANDO GOMEZ, Pro-se and respectfully asks this Honorable Court to apply a two-level reduction to Petitioner's sentence pursuant to 18 U.S.C.§3582(c)(2). and based on the unanimously-voted U.S. Sentencing Commission New Amendment 4C1.1 "Adjustment for Certain Zero-Points Offenders', adjust Petitioner's sentence.

Petitioner prays that this Motion be liberally construed and held to a standard less stringent than those drafted by Attorneys. According to Rule 56(a) of the federal Rules of Civil Procedures, a movant may move for any claim if he shows that there is no general dispute as to any material fact and that he is entitled to judgement as a matter of law.

## BACKGROUND AND FACTS

Petitioner is currently incarcerated at USP Atlanta in Atlanta, GA. Petitioner is serving a 120 month sentence for conspiracy to import Cocaine into the United States. Petitioner has intense supervised release period of 36 months.

The District Court makes two determinations when deciding whether ]or not to modify a sentence under §3582(c)(2). Under the First Step Act, the Sentencing Court considers what sentence it would have imposed had the retroactive amendment been in effect at the time the Petitioner was sentenced, leaving untouched all other previous factual decisons concerning paritcularized sentencing factors. Such factors include, inter alia, role in the offense, obstruction of justice, victim's adjustment, more than minimal planning, and the acceptance of responsibility.

Petitioner respectfuly asks that the Court impose a sentence at the bottom end of the new guideline level.

## DISCUSSION

On April 27th, 2023 the U.S. Sentencing Commission submitted a
series of guidelines amendments to Congress for consideration. If
Congress does not act to veto the Amendments - which there has
never been a pripor veto by Congress to a unanimously-voted Amendment
presented by the U.S.S.C. - they will become ffective onNovember 1,
2023.

It is requested that Court considers all factors contained in
18 U.S.C.§3553(a) and, in the exercise of it's thus informed discretion,
decide whether or not to modify the original sentence previously
imposed. Congress has instructed: evidence of post-sentencing
rehabilitation may be highly relevant to several of the 3553(a)
factors that Congress has expressly instructed to consider at
sewntencing and re-sentencing.

Petitioner has appendixed BOP Documents which details the ext-
ensive listing of Petitioner's Educational Programming, inorder
to demonstrate to this Honorable Court the Petitioner's exemplary
post-setencing comportment and rehabilitative behavior.

Accordingly, Petitioner prays that this Honoarable Court takes
into consideration his strong post-sentencing rehabilitation as
the most accurate indicator of his present purposes and tendencies
to change and significantly to suggest the period of restraint and
the kind of discipline that ought to be imposed on him. As such,
Petitioner respectfully asks this Honorable Court to GRANT this
motion.

Also and not of less importance, Petitioner has not only been
incarcewrated thorughout the entire Covid-19 Pandemiuc but has suff-
ered through several consecutive months of solitary confinement due

to this. Additionally, due to a detainer lodged by ICE, Petitioner is being denied of at least 9 months of beneficial incarceration at a residential re-entry center.

## CONCLUSION

Based on the facts of the matter established herein, Petitioner respectfully and humbly requests that this Honorable Court GRANTS this motion and reduce Petitioner's sentence by the appropriate amount of time in accordance with the two-level reduction in Guideline range.

As a reduction pursuant to 18 U.S.C.§3582(c)(2), it is also requested that if necesarry, the Court provide CJA Counsel on any future proceedings on this case.

I declare the forgeoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury prusuant to 18 U.S.C.§1746.

Executed this __ day of January, 2024.

/s/

TRULINCS  87853054 - GOMEZ, ARMANDO - Unit: ATL-A-A

----------------------------------------------------------------------------------------------------

FROM: Mclaughlin, Devin
TO: 87853054
SUBJECT: 2-point reduction
DATE: 12/01/2023 11:17:20 AM

Como me preguntaste, investigué el proceso para la reducción de dos puntos basándome en que no tuvieras puntos en antecedentes penales. Esto sucederá a nivel del tribunal de distrito y no sucederá hasta que termine su apelación directa. El tiempo no es una preocupación, ya que recibió una sentencia de 120 meses, lo que significa que habrá mucho tiempo para que ese proceso se lleve a cabo después de que concluya su apelación. El Distrito Sur emitió una orden permanente el 31/10/23, nombrando al Defensor Federal de Nueva York para representar a todas las personas en su situación, por lo que serán ellos quienes presenten la moción de reducción. Una vez más, eso no va a suceder hasta que termine la apelación, que será en algún momento de los próximos 6 meses. Hazme saber si tienes alguna pregunta.

# U.S. Department of Justice
## Federal Bureau of Prisons

# Certificate of Achievement

We present this certificate to

# ARMANDO GOMEZ

## Your Money Values and Influences

"Your beliefs become your thoughts, Your Thoughts become your actions, Your actions become your habits, Your habits become your values, Your values become your destiny." –Gandhi



J. Murray

Mr. J. Murray - Teacher
July 25, 2023

M. John-Pierre

Mrs. M. John-Pierre – Supervisor of Education
Metropolitan Detention Center



# Certificate of Completion

## ARMANDO GOMEZ

Has completed

### National Parenting Program – Phase II

First Step Act

USP ATLANTA, GEORGIA
Education Department

March 20, 2024

Mrs. T. Nesfield, Social Worker





# ≈ Certificate of Achievement ≈

### This certifies that

## Armando Gomez

### has satisfactorily completed

## Spanish Technical Analysis

Consisting of **24** Hours of Training

This certificate is hereby issued this **27th** day of **June**, 20 **24**

_____    06/27/24

```
   ATLJD  540*23 *          SENTENCE MONITORING          *     11-01-2023
PAGE 002 OF 002 *          COMPUTATION DATA             *     13:21:46
                           AS OF 11-01-2023
```

REGNO..: 87853-054 NAME: GOMEZ, ARMANDO


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-09-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-31-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 01-20-2023
TOTAL TERM IN EFFECT............:     10 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     10 YEARS
EARLIEST DATE OF OFFENSE........: 04-30-2018

JAIL CREDIT.....................:     FROM DATE      THRU DATE
                                      04-09-2018     01-19-2023

TOTAL PRIOR CREDIT TIME.........: 1747
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 10-16-2026
ELDERLY OFFENDER TWO THIRDS DATE: 12-08-2024
EXPIRATION FULL TERM DATE.......: 04-08-2028
TIME SERVED.....................:      5 YEARS       6 MONTHS      24 DAYS
PERCENTAGE OF FULL TERM SERVED..:  55.6
PERCENT OF STATUTORY TERM SERVED:  65.3


PROJECTED SATISFACTION DATE.....: 10-16-2026
PROJECTED SATISFACTION METHOD...: GCT REL
```


G0000        TRANSACTION SUCCESSFULLY COMPLETED

**FSA Recidivism Risk Assessment (PATTERN 01.03.00)**

Register Number:87853-054, Last Name:GOMEZ

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| | |
|---|---|
| Register Number: 87853-054 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (-9) |
|   Last.........: GOMEZ |   Violent Level......: R-MIN (-4) |
|   First........: ARMANDO | Security Level Inmate: LOW |
|   Middle.......: | Security Level Facl..: LOW |
|   Suffix.......: | Responsible Facility.: ATL |
| Gender.........: MALE | Start Incarceration..: 01/20/2023 |

**PATTERN Worksheet Summary**

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 75 | 0 | 0 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | NotEnrolled | 0 | 0 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 1 | -3 | -1 |
| Work Programs | 0 | 0 | 0 |
| | Total | -9 | -4 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 1
General Score: -3, Violent Score: -1
Risk Item Data

| Category - Assignment | - Start | - Stop |
|---|---|---|
| EDC   MONEYVALUE | 07/25/2023 14:25 | 07/25/2023 14:25 |

--------------------------------------------------------------

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

```
  ATLJD  540*23 *              SENTENCE MONITORING           *    01-31-2024
PAGE 003 OF 003 *              COMPUTATION DATA              *    10:51:30
                                AS OF 01-31-2024
```

REGNO..: 87853-054 NAME: GOMEZ, ARMANDO


------------------------------ CURRENT DETAINERS: ----------------------------

```
DETAINER NO..: 001
DATE LODGED..: 12-21-2023
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: IMMIGRATIONS AND CUSTOMS ENFORCEMENT
CHARGES......: CONSPIRACY TO IMPORT COCAINE
              CBP OFFICER MAGNIPICO JR, GARY. 9732976535
```


G0000        TRANSACTION SUCCESSFULLY COMPLETED

```
ATLJD  540*23 *              SENTENCE MONITORING           *    01-31-2024
PAGE 001          *          COMPUTATION DATA              *    10:51:30
                             AS OF 01-31-2024
```

REGNO..: 87853-054 NAME: GOMEZ, ARMANDO

```
FBI NO...........: 7H874PJWH          DATE OF BIRTH: 05-01-1948  AGE:  75
ARS1.............: ATL/A-DES
UNIT.............: 1 GP                QUARTERS.....: A01-131L
DETAINERS........: YES                 NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 03-17-2026

FINAL STATUTORY RELEASE FOR INMATE.: 10-16-2026 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 30  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 09-16-2026 VIA FSA REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 18 CR 262-003(VEC)
JUDGE...........................: CAPRONI
DATE SENTENCED/PROBATION IMPOSED: 01-20-2023
DATE COMMITTED..................: 10-04-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:   $100.00        $00.00           $10,000.00   $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT: $00.00
```

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  399     21:963 ATTEMPT & CONSPIRACY
OFF/CHG: 21:959, 21:960(B)(1)(B) COCAINE IMPORTATION CONSPIRACY

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    10 YEARS
TERM OF SUPERVISION............:     3 YEARS
DATE OF OFFENSE................: 04-30-2018
```

G0002     MORE PAGES TO FOLLOW . . .

FSA TIME CREDIT

```
ATLG4          *         INMATE EDUCATION DATA         *      03-22-2024
PAGE 001 OF 001 *              TRANSCRIPT              *      07:58:26

REGISTER NO: 87853-054     NAME..: GOMEZ                    FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: ATL-ATLANTA USP

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
ATL  ESL EXEMPT ESL NEED-PERMANENTLY EXEMPT  10-16-2023 1242 CURRENT
ATL  GED XN     EXEMPT GED NON-PROMOTABLE    10-16-2023 1241 CURRENT

-------------------------- EDUCATION COURSES --------------------------
SUB-FACL   DESCRIPTION              START DATE  STOP DATE  EVNT AC LV  HRS
BRO M      YOUR MONEY VALUE INFLUENCES  07-25-2023 07-25-2023  P  C  P   2

-------------------------- HIGH TEST SCORES --------------------------
TEST       SUBTEST        SCORE     TEST DATE     TEST FACL   FORM    STATE
CASAS      LIST PLACE     192.0     11-21-2023    ATL         2
           READ PLACE     192.0     11-21-2023    ATL         2
```

G0000       TRANSACTION SUCCESSFULLY COMPLETED

```
ATLJD  540*23 *              SENTENCE MONITORING              *    11-03-2023
PAGE 002 OF 002 *             COMPUTATION DATA                *    23:01:08
                              AS OF 11-03-2023
```

REGNO..: 87853-054 NAME: GOMEZ, ARMANDO


-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-09-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-31-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 01-20-2023
TOTAL TERM IN EFFECT............:     10 YEARS
TOTAL TERM IN EFFECT CONVERTED..:     10 YEARS
EARLIEST DATE OF OFFENSE........: 04-30-2018
                                                    fecha captura
JAIL CREDIT.....................:     FROM DATE        THRU DATE
                                      04-09-2018       01-19-2023

TOTAL PRIOR CREDIT TIME.........: 1747
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 540
TOTAL GCT EARNED................: 270
STATUTORY RELEASE DATE PROJECTED: 10-16-2026
ELDERLY OFFENDER TWO THIRDS DATE: 12-08-2024   moción x la tercera edad (60 años)
EXPIRATION FULL TERM DATE.......: 04-08-2028   que haya hecho 2⅓ partes de la pena
TIME SERVED.....................:      5 YEARS        6 MONTHS      26 DAYS
PERCENTAGE OF FULL TERM SERVED..: 55.7
PERCENT OF STATUTORY TERM SERVED: 65.3

PROJECTED SATISFACTION DATE.....: 10-16-2026
PROJECTED SATISFACTION METHOD...: GCT REL
```


G0000      TRANSACTION SUCCESSFULLY COMPLETED

```
   ATLJD  531.01 *                INMATE HISTORY           *      11-03-2023
PAGE 001 OF 001 *                  PT OTHER               *      23:03:09

REG NO..: 87853-054 NAME....: GOMEZ, ARMANDO
CATEGORY: PTO        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
ATL    ANG M WAIT ANGER MANAGEMENT CBT WAIT    10-27-2023 1040 CURRENT
ATL    CR TH WAIT CRIMINAL THINKING WAIT       10-27-2023 1041 CURRENT
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

```
  ATLJD           *        INMATE EDUCATION DATA        *      11-03-2023
PAGE 001 OF 001 *              TRANSCRIPT               *      23:03:27

REGISTER NO: 87853-054      NAME..: GOMEZ                   FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: ATL-ATLANTA USP

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
ATL  GED UNK    GED STATUS UNKNOWN       02-16-2023 1431 CURRENT

-------------------------- EDUCATION COURSES  --------------------------
SUB-FACL  DESCRIPTION               START DATE  STOP DATE EVNT AC LV  HRS
BRO M     YOUR MONEY VALUE INFLUENCES   07-25-2023 07-25-2023   P  C  P    2
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

BP-A0148
JUNE 10
**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF                                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Case Manager - Whitley | DATE: 01/24/2025 |
|---|---|
| FROM: Gomez, Armando | REGISTER NO. : 87853-054 |
| WORK ASSIGNMENT: N/A | UNIT: A-1 #132 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being taken.
     If necessary, you will be interviewed in order to successfully respond to your
request.   Hello, I would like to request a copy of my last
"FSA Time Credit Assessment" & a copy of my newest
"Team-/individual needs" sheet. I need these for documentation
requested for a motion in the district court.
     Thank you for your time. Many blessings to you.
                                   - Respectfully

Responses received Long 2/01-03          x 1

(Do not write below this line)

DISPOSITION:

_____

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate

PDF                              Prescribed by P5511

                         This form replaces BP-148.070 dated Oct 86
                         and BP-3148.070 APR 94

i'l!il!flE IN SECTION 6 UNLESS APPROPRIATE FOR fm!lfiiJАll: OLDER          **SECTION   6**

### FSA Time Credit Assessment

Register Number:87853-054, Last Name:GOMEZ

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only -----------------
All conditional days and conditional dates below are the individual's best case scenario
given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of
12-30-2024. These dates can change if there are changes to one or more of the following: the
individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT
OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR
REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT
ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE
FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND
CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE:
(a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE
WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND
(5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---
    Projected Release Date: 10-16-2026
    Projected Release Method: GCT REL
    FSA Projected Release Date: N/A
    FSA Projected Release Method: N/A
    FSA Conditional Release Date: N/A
    SCA Conditional Placement Days: N/A
    SCA Conditional Placement Date: N/A
    FSA Conditional Placement Days: N/A
    FSA Conditional Placement Date: N/A
    Conditional Transition To Community Date: N/A
--- SCA Ineligible --------------------------------------------------------------
--- Detainers
   Id  Lodged        Org Authority
   001 12-21-2023    ICE IMMIGRATIONS AND CUSTOMS ENFORCEMENT

*Expedido*
*2501-03*

**FSA Needs Reassessment**
Register Number:87853-054, Last Name:GOMEZ

**U.S. DEPARTMENT OF JUSTICE**                     **FEDERAL BUREAU OF PRISONS**

Register Number: 87853-054                  Responsible Facility: ATL
Inmate Name                                 Assessment Date.....: 10/08/2024
  Last.........: GOMEZ
  First........: ARMANDO
  Middle.......:
  Suffix.......:
Gender.........: MALE

**Needs Reassessment Worksheet Summary**

| Need Area | Before/After | Assignment | Description |
|---|---|---|---|
| Anger/Hostility | Before | N-ANGER N | NEED - ANGER/HOSTILITY NO |
|  | After | N-ANGER N | NEED - ANGER/HOSTILITY NO |
| Antisocial Peers | Before | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES |
|  | After | N-ANTISO Y | NEED - ANTISOCIAL PEERS YES |
| Cognitions | Before | N-COGNTV Y | NEED - COGNITIONS YES |
|  | After | N-COGNTV Y | NEED - COGNITIONS YES |
| Education | Before | N-EDUC Y | NEED - EDUCATION YES |
|  | After | N-EDUC Y | NEED - EDUCATION YES |
| Family/Parenting | Before | N-FM/PAR Y | NEED - FAMILY/PARENTING YES |
|  | After | N-FM/PAR Y | NEED - FAMILY/PARENTING YES |
| Finance/Poverty | Before | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
|  | After | N-FIN PV Y | NEED - FINANCE/POVERTY YES |
| Medical | Before | N-MEDICL Y | NEED - MEDICAL YES |
|  | After | N-MEDICL Y | NEED - MEDICAL YES |
| Mental Health | Before | N-M HLTH N | NEED - MENTAL HEALTH NO |
|  | After | N-M HLTH N | NEED - MENTAL HEALTH NO |
| Recreation/Leisure/Fitness | Before | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
|  | After | N-RLF N | NEED - REC/LEISURE/FITNESS NO |
| Substance Abuse | Before | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
|  | After | N-SUB AB Y | NEED - SUBSTANCE ABUSE YES |
| Trauma | Before | N-TRAUMA Y | NEED - TRAUMA YES |
|  | After | N-TRAUMA Y | NEED - TRAUMA YES |
| Work | Before | N-WORK Y | NEED - WORK YES |
|  | After | N-WORK N | NEED - WORK NO |

*Expedido 3 [01-03]*



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: GOMEZ, ARMANDO  87853-054

SEQUENCE: 02315758
Team Date: 10-07-2024

| | | | |
|---|---|---|---|
| Facility: | ATL  ATLANTA FCI | Proj. Rel. Date: | 10-16-2026 |
| Name: | GOMEZ, ARMANDO | Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| Register No.: | **87853-054** | DNA Status: | PHL13399 / 09-19-2023 |
| Age: | 76 | | |
| Date of Birth: | 05-01-1948 | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | CONSPIRACY TO IMPORT COCAINE |
| | CBP OFFICER MAGNIPICO JR, GARY. 9732976535 |

### Inmate Photo ID Status

| |
|---|
| No Photo Id |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATL | LBR POOL | LABOR POOL AWAITING ASSIGNMENT | 03-29-2024 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ATL | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 10-16-2023 |
| ATL | GED XN | EXEMPT GED NON-PROMOTABLE | 10-16-2023 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ATL | | ESL BASIC 730-9AM ROOM F SCOTT | 07-08-2024 | CURRENT |
| ATL | C | S-SERVSAVE FOOD HAND CERT | 08-20-2024 | 08-22-2024 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| ** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ** | |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 03-10-2023 |
| CARE2 | STABLE, CHRONIC CARE | 04-12-2023 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-12-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-12-2023 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 01-22-2024 |
| ED WAIT RJ | DRUG EDUCATION WAIT-RQ JUDREC | 10-10-2023 |
| NR WAIT S | NRES DRUG TMT WAITING SPANISH | 08-06-2024 |

### FRP Payment Plan

| |
|---|
| Most Recent Payment Plan |

**FRP Assignment:    REFUSE    FINANC RESP-REFUSES        Start: 08-21-2024**

Inmate Decision:  **AGREED    $25.00**        Frequency: **MONTHLY**

Payments past 6 months:    **$75.00**        Obligation Balance: **$9,950.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|
| | | 04-11-2024 | ATL | PAYMENT | INSIDE PMT | $25.00 |

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 2 | FINE | $10,000.00 | $9,950.00 | IMMEDIATE | WAIT PLAN |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|---|





**Individualized Needs Plan - Program Review** **(Inmate Copy)**    SEQUENCE: 02315758
Dept. of Justice / Federal Bureau of Prisons    Team Date: 10-07-2024
Plan is for inmate: GOMEZ, ARMANDO  87853-054

## Most Recent Payment Plan

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
| | 06-12-2024 | ATL | PAYMENT | INSIDE PMT | $25.00 |
| | 05-11-2024 | ATL | PAYMENT | INSIDE PMT | $25.00 |

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $ N/A        Payments commensurate ?   N/A

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 01-11-2024 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 10-08-2024 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 10-08-2024 |
| N-COGNTV Y | NEED - COGNITIONS YES | 10-08-2024 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 11-29-2023 |
| N-EDUC Y | NEED - EDUCATION YES | 10-08-2024 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 10-08-2024 |
| N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 10-08-2024 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-08-2024 |
| N-MEDICL Y | NEED - MEDICAL YES | 10-08-2024 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 10-08-2024 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-08-2024 |
| N-TRAUMA Y | NEED - TRAUMA YES | 10-08-2024 |
| N-WORK N | NEED - WORK NO | 10-08-2024 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 10-08-2024 |

## Progress since last review

no progress

## Next Program Review Goals

Continue to make progress in the GED program through next 180 days

## Long Term Goals

Complete GED program by 2026

## RRC/HC Placement

No.
Management decision - review 19 months prior to release.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

no concerns



**Individualized Needs Plan - Program Review     (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GOMEZ, ARMANDO  87853-054

SEQUENCE: 02315758
Team Date: 10-07-2024

Name:  GOMEZ, ARMANDO
Register No.:  **87853-054**
Age:  76
Date of Birth:  05-01-1948

DNA Status:   PHL13399 / 09-19-2023

Inmate     (GOMEZ, ARMANDO, Register No.: 87853-054)

Date

Unit Manager / Chairperson

Case Manager

Date

Date

*Expedido 2301-03*

## FSA Time Credit Assessment

Register Number:87853-054, Last Name:GOMEZ

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number....: 87853-054 | Responsible Facility: ATL |
| Inmate Name | Assessment Date....: 12-30-2024 |
|   Last............: GOMEZ | Period Start/Stop...: 10-04-2023 to 12-30-2024 |
|   First...........: ARMANDO | Accrued Pgm Days....: 322 |
|   Middle..........: | Disallowed Pgm Days.: 131 |
|   Suffix..........: | FTC Towards RRC/HC..: 0 |
| Gender............: MALE | FTC Towards Release.: 120 |
| Start Incarceration: 01-20-2023 | Apply FTC to Release: No |

--- FTC Claim Status --------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-04-2023 | 12-30-2024 | accrue | 322 |
| | | disallow | 131 |

  **Cannot apply FTC(s) towards early release.**

  **Cannot apply FTC(s) towards RRC/HC.**

  **Declined programming.**

| Facility | Category | Assignment | Start | | Stop |
|---|---|---|---|---|---|
| ATL | FRP | REFUSE | 08-21-2024 | 14:56 | CURRENT |

--- Program Day Intervals ----------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 10-04-2023 | 04-29-2024 | accrue | 208 |

  Accrued Pgm Days...: 208

  Carry Over Pgm Days: 0

  Time Credit Factor.: 10

  Time Credits.......: 60

--------------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 04-29-2024 | 08-21-2024 | accrue | 114 |

  Accrued Pgm Days...: 114

  Carry Over Pgm Days: 28

  Time Credit Factor.: 15

  Time Credits.......: 60

--------------------------------------------------------------------------------------

| Start | Stop | Pgm Status | Pgm Days |
|---|---|---|---|
| 08-21-2024 | 12-30-2024 | disallow | 131 |

  **Declined EBRR/PA program(s).**

| Facility | Category | Assignment | Start | | Stop |
|---|---|---|---|---|---|
| ATL | FRP | REFUSE | 08-21-2024 | 14:56 | CURRENT |

--- FSA Assessment(s) --------------------------------------------------------------

| # | Start | Stop | Assignment | Asn Start | | Factor |
|---|---|---|---|---|---|---|
| 001 | 10-04-2023 | 11-01-2023 | R-MIN | 10-10-2023 | 13:02 | 10 |

*Expedido*
*2501-03*

**FSA Time Credit Assessment**

Register Number:87853-054, Last Name:GOMEZ

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

```
002  11-01-2023 04-29-2024  R-MIN       10-10-2023 13:02  10
003  04-29-2024 10-26-2024  R-MIN       04-16-2024 10:33  15
004  10-26-2024 04-24-2025  R-MIN       10-08-2024 12:15  15
```

Armando Gomez E.
I.D. 87853.054
P.O. BOX 150160 - GA 30315
Atlanta Georgia - USA






CERTIFIED MAIL®

9589 0710 5270 2120 5520 84

United States Court District
Southern District
Of N.Y. - Judge Honorable
Valerie E. Caproni
300 Quarropas street - White plains
N.Y.C. 10601

RECEIVED
FEB 12 2025
U.S.D.C.
W.P.

RDC 99

10601

$0.00
S2324M503605-20

LEgal Mail

USM WP
SDNY